IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| v. | § | Cr. No. C-05-542 (1) |
| | § | |
| DELVIN DEMON MOORE, | § | |
| | § | |
| Defendant/Movant. | § | |

**ORDER DISMISSING THE ORIGINAL INDICTMENT,
SUPERSEDING INDICTMENTS ONE, TWO,
AND THREE, AND COUNTS TWO, THREE, AND
FOUR OF THE FOURTH SUPERSEDING INDICTMENT**

The government has moved to dismiss the Original Indictment, Superseding Indictments One, Two, and Three, and Counts Two, Three and Four of the Fourth Superseding Indictment as to Defendant Delvin Demon Moore, pursuant to the plea agreement between Moore and the government. (D.E. 483.)

The government's motion (D.E. 483) is GRANTED. The Original Indictment, Superseding Indictments One, Two, and Three, and Counts Two, Three and Four of the Fourth Superseding Indictment are hereby DISMISSED as to Delvin Demon Moore.

It is so ORDERED this 27th day of May, 2008.

_____
Janis Graham Jack
United States District Judge